IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JEANNE FRANSWAY,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

14-cv-264-jdp

BAC HOME LOANS SERVICING, L.P.,

    Defendant.

    This action came for consideration before the court with District Judge James D. Peterson presiding.  The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant BAC Home Loans Servicing, L.P. granting its motion to dismiss and dismissing this case with prejudice.

| /s/ | 8/15/2014 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |